IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY WUNSCH                              *
                                         *
                                         *
        v.                               *      Civil No. – JFM-14-4007
                                         *
AMERICAN REALTY CAPITAL                  *
PROPERTIES, ET AL.
                                      ******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of April 2015

ORDERED

1. Plaintiff's motion to remand (document 13) is denied;

2. Defendant's motion to transfer this action (document 7) is granted; and

3. This action is transferred to the United States District Court for the Southern District of New York.

　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　United States District Judge